COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL J. DOWD (135628)
DANIEL S. DROSMAN (200643)
LAURIE L. LARGENT (153493)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@csgrr.com
dand@csgrr.com
llargent@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
KATHARINE M. RYAN
KAREN E. REILLY
JENNIFER L. KEENEY
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
kryan@sbtklaw.com
kreilly@sbtklaw.com
jkeeney@sbtklaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NEUROCRINE BIOSCIENCES, INC. SECURITIES LITIGATION | Master File No. 07-cv-01111-IEG(RBB) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF LEAD PLAINTIFFS' ELECTION TO STAND ON THE SECOND AMENDED CONSOLIDATED COMPLAINT FOR VIOLATION OF SECURITIES LAWS |

1    Lead Plaintiffs hereby file this Notice of Election to Stand on the Second Amended
2 Consolidated Complaint for Violation of Securities Laws ("Amended Complaint").
3    On September 23, 2008, the Court issued its Order Granting Defendants' Motion to Dismiss
4 the Second Amended Complaint and Granting Plaintiffs Leave to Amend (the "Order"). The Order
5 permitted Lead Plaintiffs to file a third amended complaint within 30 days.
6    After due consideration of the Order, Lead Plaintiffs hereby notify the Court and all parties to
7 the action that they elect to stand on the Amended Complaint. Lead Plaintiffs respectfully request
8 that final judgment be entered so that appeal can be taken therefrom. *See WMX Techs. v. Miller*, 104
9 F.3d 1133, 1137 (9th Cir. 1997) (where leave to amend has been granted, "[a] final judgment must
10 be obtained before the case becomes appealable").

11 DATED: October 23, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
DANIEL S. DROSMAN
LAURIE L. LARGENT

        s/ DANIEL S. DROSMAN
          DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
KATHARINE M. RYAN
KAREN E. REILLY
JENNIFER L. KEENEY
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

S:\CasesSD\Neurocrine Biosciences\NOT 00055036 Election to Stand.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2008.

    s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: dand@csgrr.com

# Mailing Information for a Case 3:07-cv-01111-IEG-RBB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Ian Berg**
  ecf_filings@sbtklaw.com

- **Stuart L Berman**
  sberman@sbclasslaw.com,ecf_filings@sbclasslaw.com

- **Patrice Lyn Bishop**
  service@ssbla.com

- **Ryan E Blair**
  kjones@cooley.com,rblair@cooley.com

- **Michael J Dowd**
  MikeD@csgrr.com

- **Daniel S Drosman**
  DanD@csgrr.com,tholindrake@csgrr.com,e_file_sd@csgrr.com

- **Koji F Fukumura**
  kfukumura@cooley.com,kjones@cooley.com,chourani@cooley.com

- **William E Grauer**
  wgrauer@cooley.com,hannummc@cooley.com

- **Jennifer L. Keeney**
  jkeeney@sbtklaw.com,dpotts@sbtklaw.com

- **Mary Kathryn Kelley**
  mkkelley@cooley.com,wpowell@cooley.com

- **Laurie Largent**
  llargent@csgrr.com,hectorm@csgrr.com

- **Aaron F Olsen**
  aolsen@cooley.com,chourani@cooley.com

- **Karen E. Reilly**
  kreilly@sbtklaw.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

- **David C Walton**
  davew@lerachlaw.com,hdemag@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Katherine M. Ryan
Schiffrin Barroway Topaz & Kessler
280 King of Prussia Road
Radnor, PA 19087
```