# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, on behalf of itself and all others similarly situated, et al.<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEUROCRINE BIOSCIENCES, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07-cv-1111-IEG-RBB<br><br>ORDER FOR ENTRY OF JUDGMENT |

On September 23, 2008, this Court granted defendants' Motion to Dismiss plaintiffs' Second Amended Complaint, and granted plaintiffs leave to file a Third Amended Complaint within 30 days of its Order. (Doc. No. 71.)

Pursuant to the lead plaintiffs' Notice of Election to Stand on the Second Amended Consolidated Complaint for Violation of Securities Laws (Doc. No. 74,) and their request that final judgment be entered in this case, the Clerk of the Court is directed to enter judgment against plaintiffs and to close the case.

**IT IS SO ORDERED.**

DATED:  October 31, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court